THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD G. BROWN, as Chapter 7 Trustee of the Bankruptcy Estate of In Re: Tiffani L. Lindstedt,<br><br>                Plaintiff,<br><br>    v.<br><br>AFFILIATED COMPUTER SERVICES, INC., a Delaware corporation, ACS HEALTH CARE, INC., an Oregon corporation, PATIENT ACCOUNTING SERVICE CENTER, LLC, a Washington Limited Liability Company, and MURIEL T. CARR, and JOHN DOE CARR, individually, and the marital community composed thereof,<br><br>                Defendants. | NO.  08-05367 FDB<br><br>ORDER GRANTING DEFENDANTS ACS AND ACSHCI'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD |

THIS MATTER came before this Court on Defendants ACS and ACSHCI'S Motion for Extension of Time to Answer or Otherwise Plead.  The Court having reviewed the files herein and being fully advised,

ORDER GRANTING DEFS.' MOT. FOR EXTENSION OF TIME
[PROPOSED] - 1 of 3
(08-05367 FDB)
[acs proposed order granting motion for extension.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

IT IS NOW, ORDERED that Defendants ACS and ACSHCI's Motion for Extension of Time to Answer or Otherwise Plead is hereby GRANTED and Defendants' Answer or other responsive pleadings shall be due on June 23, 2008.

ORDER DATED this 20th day of June 2008.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM, LLP

By   Valarie S. Zeeck
　　Valarie S. Zeeck, WSBA No. 24998
　　vzeeck@gth-law.com
　　Attorneys for Defendants ACS and
　　ACSHCI

ORDER GRANTING DEFS.' MOT. FOR EXTENSION OF TIME
[PROPOSED] - 2 of 3
(08-05367 FDB)
[acs proposed order granting motion for extension.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

## CERTIFICATE OF SERVICE

I certify that on June 13, 2008, I caused the Proposed Order Granting Defendants ACS and ACSHCI's Motion for Extension of Time to Answer or Otherwise Plead to be electronically filed per the Court's ECF system, which will send notification of such filing to the following:

Gregory J. Murphy, Esq.  (gmurphy@murphy-legal.com)
201 St. Helens Avenue
Tacoma, WA 98402-2519
Fax:  (253) 572-9588

Michael E. Ritchie (Via facsimile on 06/13/08, followed by U.S. Mail)
1111 Tacoma Avenue South
Tacoma, WA 98402
Fax:  (253) 572-1435

/s/ Valarie S. Zeeck

ORDER GRANTING DEFS.' MOT. FOR EXTENSION OF TIME [PROPOSED] - 3 of 3
(08-05367 FDB)
[acs proposed order granting motion for extension.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565