THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD G. BROWN, as Chapter 7 Trustee of the Bankruptcy Estate of In Re: Tiffani L. Lindstedt,<br><br>                    Plaintiff,<br><br>   v.<br><br>AFFILIATED COMPUTER SERVICES, INC., a Delaware corporation, ACS HEALTH CARE, INC., an Oregon corporation, PATIENT ACCOUNTING SERVICE CENTER, LLC, a Washington Limited Liability Company, and MURIEL T. CARR, and JOHN DOE CARR, individually, and the marital community composed thereof,<br><br>                   Defendants. | NO.  08-05367 FDB<br><br>CORPORATE DISCLOSURE STATEMENT ON BEHALF OF DEFENDANTS ACS, ACSHCI AND PASC |

Three of the Defendants – Affiliated Computer Services, Inc. ("ACS"), ACS Health

Care, Inc. ("ACSHCI"), and Patient Accounting Service Center, LLC ("PASC") (collectively

referred to as "the Defendants") – submit this Corporate Disclosure Statement, as follows:

DEFENDANTS' CDC – Page 1 of 3
(08-05367 FDB)

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1

2

     1.     ASC is incorporated in Delaware and does not have a parent corporation. No publicly held corporation owns 10 percent or more of its stock.

3

4

     2.     ASCHCI is incorporated in Oregon, and it is owned by ACS BRC Holdings, Inc. (voting ownership).

5

6

     3.     PASC is incorporated in Washington and is owned by ACS, whose disclosure-related information in provided in ¶ 1 above.

7

8

9

     RESPECTFULLY SUBMITTED this 23rd day of June, 2008.

10

               GORDON, THOMAS, HONEYWELL,
               MALANCA, PETERSON & DAHEIM LLP

11

12

               By /s/ Valarie S. Zeeck_____
                     Valarie S. Zeeck, WSBA No. 24998
                     vzeeck@gth-law.com

13

                     Attorneys for Defendants ACS, ACSHCI & PASC

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANTS' CDC – Page 2 of 3
(08-05367 FDB)

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

I certify that on June 23, 2008, I caused this Statement to be electronically filed per the Court's ECF system, which will send notification of such filing to the following:

Gregory J. Murphy, Esq.  (gmurphy@murphy-legal.com)
201 St. Helens Avenue
Tacoma, WA  98402-2519
Fax:  (253) 572-9588

… and that, on the same date, I also caused this Statement to be served via facsimile and U.S. mail, postage prepaid, on the following:

Michael E. Ritchie
1111 Tacoma Avenue South
Tacoma, WA  98402
Fax:  (253) 572-1435

/s/ Valarie S. Zeeck

DEFENDANTS' CDC – Page 3 of 3
(08-05367 FDB)

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565