# United States District Court

## WESTERN DISTRICT OF WASHINGTON

RONALD G BROWN

      v.

AFFILIATED COMPUTER SERVICES, INC.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5367FDB

_____      **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX__      **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1.      Plaintiff's Motion to Remand to State Court [Dkt. #9] is GRANTED.

2.      Plaintiff's request for fees and costs incurred is DENIED.

| | |
|---|---|
| _____July 22,, 2008_____ | _____BRUCE RIFKIN_____ |
| | Clerk |
| | _____s/ D. Forbes_____ |
| | By, Deputy Clerk |